Richard Garcia (State Bar No. 198185)
  *rgg@manningllp.com*
Alexandra Seibert (State Bar No. 283008)
  *acs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant Marriott International, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TAMEEKIA N. ROBINS, a Personal Representative of the Estate of Rick Robins and on behalf of his survivors,, <br><br> Plaintiff, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 15-CV-01553-JGB-SP <br><br> **ORDER RE: STIPULATION AND PROTECTIVE ORDER** |

### ORDER

The Court, WITH GOOD CAUSE SHOWN hereby approves the Stipulation and Protective Order filed on February 12, 2016, as set forth herein.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
**Honorable Magistrate Judge Sheri Pym**